# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KACEY JANEEN WAXLER, | ) Case No. CV16-09375-JAK (GJSx) |
|---|---|
| Plaintiff, | ) **JUDGMENT** |
| v. | ) **JS-6** |
| REX TILLERSON, SECRETARY OF STATE, U.S. DEPARTMENT OF STATE. | ) |
| Defendant. | ) |

In light of the August 11, 2017, Order (Dkt. 29) that granted the motion to dismiss this action, the Court hereby **ORDERS** that judgment be entered in favor of DEFENDANT REX TILLERSON.

**IT IS SO ORDERED.**

Dated: August 24, 2017

JOHN A. KRONSTADT
United States District Judge